UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLIE WILLIAM KING, III,

Plaintiff,

-against-

UNITED STATE OF AMERICA ARMY,

Defendant.

24-cv-6124 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 21, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    October 24, 2024
            New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge